**Order entered June 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00822-CR
No. 05-18-01032-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-82878-2017**

## ORDER

Before the Court is appellate counsel's June 6, 2019 motion to withdraw as attorney of record on appeal. We **GRANT** the motion. We **DIRECT** the Clerk to remove Kristin R. Brown as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

Upon his or her appointment, new counsel shall determine whether to adopt the existing briefs on file or to file supplemental briefs or amended briefs. Any supplemental or amended brief shall be due within **SIXTY DAYS** of the date of this order. If counsel decides to adopt the

*Anders* brief filed in cause no. 05-18-01032-CR, counsel shall file a motion to withdraw as counsel. Counsel may adopt the brief filed in cause no. 05-18-00822-CR by filling within **SIXTY DAYS** of the date of this order, a letter stating new counsel's intent to rely upon former counsel's existing brief.

We **ABATE** the appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing counsel or at such other time as the Court deems appropriate.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Raymond G. Wheless, Presiding Judge, 366th Judicial District Court; and to counsel for the parties.

We **FURTHER DIRECT** the Clerk to send a copy of this order, by first class mail, to William Travis Hendrix, SO# 190342, Collin County Detention Center, 4300 Community Avenue, McKinney, Texas 75071-2535.

/s/     LANA MYERS
         JUSTICE